UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

December 8, 2015

MEMO TO COUNSEL RE:  US v. Yelizarov, et al.
Criminal No. JFM-15-0261

Dear Counsel:

The motions hearing scheduled for December 11, 2015 and the trial scheduled for January 11, 2016 are hereby postponed.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge